FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY T.,<br><br>                Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | NO: 2:25-CV-0220-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Motion for a Stipulated Remand. ECF No. 8. The parties have agreed that this case should be reversed and remanded for further administrative proceedings.

**IT IS HEREBY ORDERED:**

1. The Parties' Motion for a Stipulated Remand, ECF No. 8, is **GRANTED**.

2. Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded. Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to re-evaluate the

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

evidence of record, reevaluate Plaintiff's residual functional capacity, and issue a new decision.

3. The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** September 8, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2